1  MICHAEL W. LARGE
   Deputy District Attorney
2  Nevada State Bar Number 10119
   One South Sierra Street
3  Reno, NV  89501
   mlarge@da.washoecounty.gov
4  (775) 337-5700

5  ATTORNEY FOR DEFENDANTS

6  **UNITED STATE DISTRICT COURT**

7  **DISTRICT OF NEVADA**

8  * * *

9  TROY UNDERWOOD, an individual and
   TRU RENO ENTERPRISE LP, a Domestic
10 Limited Partnership,                          Case No. 3:23-CV-00029-MMD-CSD

11         Plaintiffs,                           **ORDER GRANTING STIPULATION**
                                                 **FOR EXTENSION OF TIME (First**
12     vs.                                       **Request)**

13 STEVE ORIOL, in his official capacity as a
   Washoe County, Nevada Code Enforcement
14 Officer, VAUGHN HARTUNG, in his official
   capacity as a Washoe Board of County
15 Commissioners Chairman, WASHOE
   COUNTY, a political subdivision of the
16 State of Nevada, MICHAEL LOADER, an
   Individual, and DOES I-XX, inclusive,
17
           Defendants.                         /
18

19     It is hereby Ordered that Defendants' request for extension of time for Plaintiffs to

20 respond to Defendants' Motion to Dismiss is Granted. Plaintiffs shall have until May 8, 2023, to

21 file an opposition and Defendants shall have until May 15, 2023 to file a reply.

22     Dated this 5th day of April, 2023.

23     IT IS SO ORDERED.

24                                             _____
                                               U.S. DISTRICT COURT
25

26

-1-