# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TROY UNDERWOOD, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>STEVE ORIOL, et al.,<br><br>　　　　　　　　　　Defendants. | 3:23-cv-00029-MMD-CSD<br><br>**ORDER** |

The parties have failed to submit their Stipulated Discovery Plan and Scheduling Order. The parties shall file their Proposed Stipulated Discovery Plan and Scheduling Order in accordance with LR 26-1 on or before **Friday, June 16, 2023.**

**IT IS SO ORDERED.**

DATED: May 31, 2023.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE