MOBO LAW, LLP
Cameron D. Bordner (NV Bar No. 13831)
527 South Arlington Avenue
Reno, NV 89509
Ph: (775) 624-9480
Fax: (775) 201-1444
bordner@mobolaw.com

Chad Pace, Esq. (NV Bar No. 13057)
212 Elks Pt. Rd., # 553, PO Box 10599
Zephyr Cove, Nevada 89448
Ph: (775) 582-2929
Fax: (775) 852-2929
pace@mobolaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TROY UNDERWOOD, an individual, and TRU RENO ENTERPRISE LP, a Domestic Limited Partnership,<br><br>Plaintiffs,<br><br>v.<br><br>STEVE ORIOL, in his official capacity as a Washoe County, Nevada Code Enforcement Officer, VAUGHN HARTUNG, in his official capacity as Washoe Board of County Commissioners Chairman, WASHOE COUNTY, a political subdivision of the State of Nevada, MICHAEL LOADER, an individual, and DOES I-XX, inclusive,<br><br>Defendants.<br>_____<br><br>WASHOE COUNTY, a political subdivision of the State of Nevada,<br><br>Counter-Claimant,<br><br>v.<br><br>TROY UNDERWOOD, an individual, and TRU RENO ENTERPRISE LP, a Domestic Limited Partnership,<br><br>Counter-Defendants.<br>_____ | Case No. 3:23-CV-00029<br><br>**ORDER DISMISSING DEFEDANT MICHAEL LOADER WITH PREJUDICE** |

Pursuant to the Parties' Stipulation for Dismissal of Defendant Michael Loader With Prejudice, filed and submitted on April 18th, 2024, and good cause appearing,

IT IS HEREBY ORDERED that all claims asserted in this matter against Defendant MICHAEL LOADER are dismissed with prejudice.

SO ORDERED.

DATED THIS 19th Day of April 2024.

_____
MIRANDA M. DU
CHIEF U.S. DISTRICT JUDGE

MOBO LAW, LLP
212 Elks Point Road, #553
Zephyr Cove, NV 89448

2