1  MICHAEL W. LARGE
   Deputy District Attorney
2  Nevada State Bar Number 10119
   One South Sierra Street
3  Reno, NV  89501
   mlarge@da.washoecounty.gov
4  (775) 337-5700

5  ATTORNEY FOR DEFENDANTS

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| TROY UNDERWOOD, an individual and TRU RENO ENTERPRISE LP, a Domestic Limited Partnership, | Case No.  3:23-CV-00029-MMD-CSD |
| Plaintiff, | |
| vs. | **ORDER FOR DISMISSAL** |
| STEVE ORIOL, in his official capacity as a Washoe County, Nevada Code Enforcement Officer, VAUGHN HARTUNG, in his official capacity as a Washoe Board of County Commissioners Chairman, WASHOE COUNTY, a political subdivision of the State of Nevada, MICHAEL LOADER, an Individual, and DOES I-XX, inclusive, | |
| Defendants. | |

Pursuant to the stipulation of the parties, this case is hereby dismissed with prejudice pursuant to FRCP 41(a).

IT IS SO ORDERED.

DATED this 29th day of April 2025.

_____
U.S. DISTRICT JUDGE